**136**

George Aragon MONTANO, Appellant,

v.

The STATE of Texas, Appellee.

No. 28855.

Court of Criminal Appeals of Texas.

Feb. 27, 1957.

David "Blue" SIMPSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28850.

Court of Criminal Appeals of Texas.

Feb. 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

John T. Buckley, Cleveland, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of whiskey in a dry area; the punishment, 6 months in jail and a fine of $500.

As required by Article 827, Vernon's Ann.C.C.P., the record does not reflect that a notice of appeal was given and entered of record. In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.